

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2015

No. 04-14-00633-CR

Ex Parte Fernando Paramo **HERNANDEZ**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR1274
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to February 2, 2015. **No further extensions will be granted.**

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court